■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROY ISAAC, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrus, J.), rendered March 20, 1987, convicting him of criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence adduced at the trial in the light most favorable to the People *(People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt. The defendant contends that because only one of the three police witnesses who testified at trial claimed to have actually seen the sales transaction this witness should not have been believed by the jury. However, resolution of issues of credibility as well as the weight to be accorded to the evidence are primarily questions to be determined by the jury which saw and heard the witnesses *(see, People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (CPL 470.15 [5]).

We have examined the defendant's remaining contentions and find them to be unpreserved for appellate review as a matter of law, and, in any event, without merit. Brown, J. P., Eiber, Sullivan and Harwood, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES W. JACKSON, Appellant.—Appeal by the defendant from two judgments of the County Court, Orange County (Ingrassia, J.), both rendered April 10, 1981, convicting him of attempted murder in the first degree, criminal possession of a weapon in the second degree, criminal possession of a weapon in the third degree, criminal possession of stolen property in the first degree, unauthorized use of a vehicle and resisting arrest, under indictment No. 238/80, and attempted sodomy in the first degree, under indictment No. 50/81, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed *(see, People v Lopez,* 71 NY2d 662; *People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9). Mangano, J. P., Brown, Lawrence, Kooper and Harwood, JJ., concur.